Lizette Yadira Rojas Acevedo (SBN 355720)
Lrojas@education-leadership.org
Education and Leadership Foundation
1308 E Olive Ave
Fresno, CA 93728
Telephone: (559) 291-5428

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.H., | Case No.:  1:25-cv-01758-DJC-EFB |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO PROCEED UNDER INITIALS** |
| CHRISTOPHER CHESTNUT, Facility Administrator of California City Detention Facility; SERGIO ALBARRAN, Acting Field Office Director of The San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities, | |
| Respondents. | |

1
ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO PROCEED UNDER INITIALS
CASE NO. 1:25-cv-01758-DJC-EFB

**ORDER**

The Court having considered Petitioner's motion for administrative relief to proceed under pseudonym, and good cause appearing, the motion is hereby GRANTED and IT IS FURTHER ORDERED that:

1. The parties shall refer to Petitioner by "A.A.H." in all filings and public proceedings;
2. The parties shall redact all personally identifying information from all filings consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 140, including:
   a. Petitioner's true full name;
   b. A-number;
   c. Last names of any family members who share a last name with him;
   d. Number and street name of home addresses; and
   e. Drivers' license number.

Dated:  December 12, 2025         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE